UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | N<u>98- 0705</u> CR - GOLD |
| ) | 18 USC 553(a) |
| v. ) | 18 USC 371 |
| ) | 18 USC 2   MAGISTRATE JUDGE |
| JAVIER RODRIGUEZ, ) | GARBER |
| OMAR HERNANDEZ, ) | |
|     a/k/a Pedro Rodriguez, ) | |
|     a/k/a Javier Diego, ) | |
|     a/k/a Marcial Rodriguez, ) | |
|     a/k/a Pedro Torrez, ) | |
| GUSTAVO RODRIGUEZ, ) | INDICTMENT |
| IVAN MESA, and ) | |
| LAZARO BRESSELAU, ) | |
|     a/k/a Miguel Viamontes, ) | |
|     a/k/a Roberto Gomez. ) | |
| _____ ) | |

The Grand Jury charges that:

## COUNT I

From in or about August, 1995, and continuing through the date of the return of this Indictment, in Miami-Dade County, Broward County and Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

JAVIER RODRIGUEZ,
OMAR HERNANDEZ,
a/k/a Pedro Rodriguez,
a/k/a Javier Diego,
a/k/a Marcial Rodriguez,
a/k/a Pedro Torrez,
GUSTAVO RODRIGUEZ,
IVAN MESA,
and LAZARO BRESSELAU,
a/k/a Miguel Viamontes,
a/k/a Roberto Gomez,



did knowingly and intentionally combine, conspire, confederate and agree with each other and with others unknown to the grand jury to commit an offense against the United States, that is, to export stolen motor vehicles and off-highway mobile equipment, knowing them to be stolen, in violation of Title 18, United States Code, Section 553(a).

### Manner and Means

As the manner and means of the conspiracy the conspirators rented warehouses using fraudulent and fictitious names of persons or corporations. The conspirators used "front" businesses for the purpose of obtaining the warehouses to load stolen automobiles and off-highway mobile equipment into shipping containers in which they would be exported.

The conspirators used fraudulent shipping documents, misrepresenting the contents of the containers as other types of goods. The conspirators had the containers picked up at the warehouses and delivered to the Port of Miami and to Port Everglades for export to the buyers of the stolen automobiles and off-highway mobile equipment in South America. The conspirators exported or attempted to export at least sixteen stolen automobiles and eighteen pieces of off-highway equipment from the United States to Venezuela, Colombia and Paraguay during the course of the conspiracy.

### Overt Acts

In furtherance of the conspiracy and to achieve its objectives, at least one of the conspirators committed at least one of the following overt acts in the Southern District of Florida:

1. On or about April 10, 1997, defendants **JAVIER RODRIGUEZ** and **OMAR HERNANDEZ** participated in the loading of two stolen motor vehicles, that is, a black Jeep Grand Cherokee and a green Jeep Grand Cherokee into container ACAU-450217-0.

2. On or about April 10, 1997, defendants **JAVIER RODRIGUEZ** and **OMAR HERNANDEZ** participated in the loading of two stolen motor vehicles, that is, a black Jeep Grand Cherokee and a grey Jeep Grand Cherokee into container GSAU-496111-3.

3. On or about April 10, 1997, defendants **JAVIER RODRIGUEZ** and **OMAR HERNANDEZ** participated in the loading of one stolen motor vehicle, that is, a white BMW 328I into container SEAU-213494-9.

4. In or about June and July, 1997, defendant **OMAR HERNANDEZ** used the false name of "Javier Diego" and other fraudulent information to rent a warehouse located at 1225 Northwest 93rd Court, Miami, Florida, to be used for loading stolen automobiles and off-highway mobile equipment into shipping containers.

5. In or about June and July, 1997, defendant **OMAR HERNANDEZ** used the false name of "Pedro Rodriguez" and other fraudulent information to rent a warehouse located at 1300 West Industrial Avenue, Boynton Beach, Florida, to be used for loading stolen automobiles and off-highway mobile equipment into shipping containers.

6. On or about July 24, 1997, defendants **OMAR HERNANDEZ, JAVIER RODRIGUEZ** and **GUSTAVO RODRIGUEZ** participated in the loading of two stolen pieces of off-highway mobile equipment, that is, two Caterpillar 416-B backhoes into container TRZU 606070-8.

7. On or about August 22, 1997, defendants **OMAR HERNANDEZ** and **JAVIER RODRIGUEZ** participated in the loading and transporting of two large crates, each containing one-half of a stolen 1997 Mazda Miata, to Sea Freight Shipping for export to Venezuela.

8. On or about August 22, 1997, defendant **OMAR HERNANDEZ** presented fraudulent documents to a shipping company which falsely identified the contents of the crates he was exporting

as "forklift parts".

9. On or about August 29, 1997, defendants **JAVIER RODRIGUEZ** and **OMAR HERNANDEZ** participated in the loading of two stolen motor vehicles, that is, a green BMW 740I and a green Mitsubishi Montero in container TPHU 486810-0.

10. On or about November 4, 1997, defendant **OMAR HERNANDEZ** used the false name of "Marcial Rodriguez" and other fraudulent information to rent a warehouse located at 5220 Northwest 72nd Avenue, Miami, Florida, to be used for loading stolen automobiles and off-highway mobile equipment into shipping containers.

11. On or about November 13, 1997, defendant **OMAR HERNANDEZ** arranged for the export of two stolen motor vehicles, that is, a green Dodge Durango and a red Lincoln Navigator in container TRIU 432282-0.

12. On or about November 13, 1997, defendant **OMAR HERNANDEZ** arranged for the export of two stolen motor vehicles, that is, a silver Toyota 4-Runner and a silver Toyota Land Cruiser in container CRXU 415084-2.

13. On or about December 10, 1997, defendants **JAVIER RODRIGUEZ, IVAN MESA,** and **LAZARO BRESSELAU** participated in the loading of one piece of stolen off-highway mobile equipment, that is, a Caterpillar 416-B backhoe and one stolen compressor in shipping container SMLU 492036-5 at a warehouse in southwest Miami, Florida.

14. On or about December 10, 1997, defendants **JAVIER RODRIGUEZ, IVAN MESA,** and **LAZARO BRESSELAU** participated in the loading of two stolen pieces of off-highway mobile equipment, that is, a Caterpillar 416-C backhoe and a Caterpillar 426-B backhoe in shipping container SMLU 980050-5 at a warehouse in Hialeah, Florida.

15. On or about December 10, 1997, defendants **JAVIER RODRIGUEZ, IVAN MESA**, and **LAZARO BRESSELAU** participated in the loading of two stolen pieces of off-highway mobile equipment, that is, a John Deere 410D backhoe and a John Deere 310D backhoe in shipping container SEAU 839098-0 at a warehouse in Hialeah, Florida.

16. On or about January 16, 1998, defendants **JAVIER RODRIGUEZ, IVAN MESA**, and **LAZARO BRESSELAU** arranged for the export of two stolen pieces of off-highway mobile equipment, that is, a Caterpillar 416B and Caterpillar 436B backhoe in container SCZU557007-6.

17. On or about February 17, 1998, defendants **IVAN MESA** and **LAZARO BRESSELAU** participated in the theft of a piece of off-highway mobile equipment, that is, a Caterpillar 416C backhoe in northwest Miami, Florida.

18. On or about April 28, 1998, defendant **GUSTAVO RODRIGUEZ** participated in the loading of two stolen motor vehicles, that is, a green BMW 740I and a white Toyota Land Cruiser into shipping container IEAU 460423-4 at a warehouse in northwest Miami, Florida.

19. On or about April 28, 1998, defendant **GUSTAVO RODRIGUEZ** participated in the loading of two stolen motor vehicles, that is, a black Lexus GS400 and a silver Mercedes S420 into shipping container TRIU 566033-4 at a warehouse in northwest Miami, Florida.

20. On or about May 6, 1998, defendants **IVAN MESA** and **LAZARO BRESSELAU** participated in the loading of two stolen pieces of off-highway mobile equipment, that is, a Caterpillar 416B backhoe and a Caterpillar 416C backhoe into shipping container ARCU 490505-1 at a warehouse in Hialeah, Florida.

All in violation of Title 18, United States Code, Section 371.

## COUNT II

On or about April 10, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

JAVIER RODRIGUEZ, and
OMAR HERNANDEZ,
a/k/a Pedro Rodriguez,
a/k/a Javier Diego,
a/k/a Marcial Rodriguez,
a/k/a Pedro Torrez,

attempted to export two stolen motor vehicles, that is, a black Jeep Grand Cherokee and a green Jeep Grand Cherokee from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT III

On or about April 10, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

JAVIER RODRIGUEZ, and
OMAR HERNANDEZ,
a/k/a Pedro Rodriguez,
a/k/a Javier Diego,
a/k/a Marcial Rodriguez,
a/k/a Pedro Torrez,

attempted to export two stolen motor vehicles, that is, a black Jeep Grand Cherokee and a grey Jeep Grand Cherokee from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT IV

On or about April 10, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JAVIER RODRIGUEZ, and
OMAR HERNANDEZ,
a/k/a Pedro Rodriguez,
a/k/a Javier Diego,
a/k/a Marcial Rodriguez,
a/k/a Pedro Torrez,**

attempted to export a stolen motor vehicle, that is, a white BMW 328I from the United States to Paraguay, knowing it was stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT V

On or about July 24, 1997, in Palm Beach County, in the Southern District of Florida, the defendants,

**JAVIER RODRIGUEZ,
OMAR HERNANDEZ,
a/k/a Pedro Rodriguez,
a/k/a Javier Diego,
a/k/a Marcial Rodriguez,
a/k/a Pedro Torrez, and
GUSTAVO RODRIGUEZ,**

attempted to export two stolen pieces of off-highway mobile equipment, that is, two Caterpillar 416-B backhoes from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT VI

On or about August 22, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

> JAVIER RODRIGUEZ, and
> OMAR HERNANDEZ,
> a/k/a  Pedro Rodriguez,
> a/k/a  Javier Diego,
> a/k/a  Marcial Rodriguez,
> a/k/a  Pedro Torrez,

attempted to export a stolen motor vehicle, that is, a 1997 Mazda Miata from the United States to Venezuela, knowing it was stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT VII

On or about August 29, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

> JAVIER RODRIGUEZ, and
> OMAR HERNANDEZ,
> a/k/a  Pedro Rodriguez,
> a/k/a  Javier Diego,
> a/k/a  Marcial Rodriguez,
> a/k/a  Pedro Torrez,

attempted to export two stolen motor vehicles, that is, a green Mitzubishi Montero and a green BMW 740I from the United States to Colombia, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT VIII

On or about November 13, 1997, in Miami-Dade County, in the Southern District of Florida, the defendant,

**OMAR HERNANDEZ,**
**a/k/a  Pedro Rodriguez,**
**a/k/a  Javier Diego,**
**a/k/a  Marcial Rodriguez,**
**a/k/a  Pedro Torrez,**

attempted to export two stolen motor vehicles, that is, a red Lincoln Navigator and a green Dodge Durango from the United States to Colombia, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT IX

On or about November 13, 1997, in Miami-Dade County, in the Southern District of Florida, the defendant,

**OMAR HERNANDEZ,**
**a/k/a  Pedro Rodriguez,**
**a/k/a  Javier Diego,**
**a/k/a  Marcial Rodriguez,**
**a/k/a  Pedro Torrez,**

attempted to export two stolen motor vehicles, that is, a silver Toyota Land Cruiser and a silver Toyota 4-Runner from the United States to Colombia, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT X

On or about December 10, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JAVIER RODRIGUEZ,
IVAN MESA, and
LAZARO BRESSELAU,
a/k/a Miguel Viamontes,
a/k/a Roberto Gomez,**

attempted to export one stolen piece of off-highway mobile equipment, that is, a Caterpillar 416B backhoe from the United States to Venezuela, knowing it was stolen, in violation of Title 18, United States Code, Sections 553(a) and 2.

## COUNT XI

On or about December 10, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JAVIER RODRIGUEZ,
IVAN MESA, and
LAZARO BRESSELAU,
a/k/a Miguel Viamontes,
a/k/a Roberto Gomez,**

attempted to export two stolen pieces of off-highway mobile equipment, that is, a Caterpillar 416-C backhoe, and a Caterpillar 426-B backhoe from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553(a) and 2.

## COUNT XII

On or about December 10, 1997, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JAVIER RODRIGUEZ,
IVAN MESA, and
LAZARO BRESSELAU,
a/k/a Miguel Viamontes,
a/k/a Roberto Gomez,**

attempted to export two stolen pieces of off-highway mobile equipment, that is, a John Deere 410-D backhoe and a John Deere 310-D backhoe from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT XIII

On or about January 16, 1998, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JAVIER RODRIGUEZ,
IVAN MESA, and
LAZARO BRESSELAU,
a/k/a Miguel Viamontes,
a/k/a Roberto Gomez,**

attempted to export two stolen pieces of off-highway mobile equipment, that is, a Caterpillar 416-B backhoe and a Caterpillar 436-B backhoe from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT XIV

On or about April 28, 1998, in Miami-Dade County, in the Southern District of Florida, the defendant,

## GUSTAVO RODRIGUEZ,

attempted to export two stolen motor vehicles, that is, a green BMW 740I and a white Toyota Land Cruiser from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT XV

On or about April 28, 1998, in Miami-Dade County, in the Southern District of Florida, the defendant,

## GUSTAVO RODRIGUEZ,

attempted to export two stolen motor vehicles, that is, a black Lexus GS400 and a silver Mercedes S420 from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553 (a) and 2.

## COUNT XVI

On or about May 6, 1998, in Miami-Dade County, in the Southern District of Florida, the defendants,

**IVAN MESA, and
LAZARO BRESSELAU,
a/k/a Miguel Viamontes,
a/k/a Roberto Gomez,**

attempted to export two stolen pieces of off-highway mobile equipment, that is, a Caterpillar 416-B backhoe and a Caterpillar 416-C backhoe from the United States to Venezuela, knowing they were stolen, in violation of Title 18, United States Code, Sections 553(a) and 2.

A TRUE BILL

_____
FOREPERSON


_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
)    CASE NO. 98-0705 CR - GOLD
v. )
)    MAGISTRATE JUDGE / TRIAL ATTORNEY
JAVIER RODRIGUEZ, et al. )    GARBER
_____ )    Related Case Information:
                                       SUPERSEDING         Yes ___ NO ___
Court Division: (Select One)           New Defendant(s)    Yes ___ NO ___
                                       Number of New Defendants ___
 X   Miami         ___ Key West        Total number of counts ___
 ___ Ft. Laud      ___ W.P.B.
 ___ Ft. Pierce

I do hereby certify that:
1.  I have carefully considered the allegations of the indictment, the number of
    defendants, the number of probable witnesses and the legal complexities of the
    Indictment /Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon
    by the Judges of this Court in setting their calendars and scheduling criminal
    trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:       (Yes or No)  __Yes_____
    List language and/or dialect    __Spanish_____

4.  This case will take __4__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
        (Check only one)                  (Check only one)
    I     0 to  5 days      __x__         Petty         _____
    II    6 to 10 days      _____         Minor         _____
    III  11 to 20 days      _____         Misdem.       _____
    IV   21 to 60 days      _____         Felony        __x__
    V    61 days and over   _____

6.  Has this case been previously filed in this District Court? (Yes or No) __No__

    If yes:
    Judge_____ Case No._____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter? (Yes or No) __No__
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

7.  This case originated in the U.S. Attorney's office prior to August 16, 1985
    (Yes or No) __No__

                                        _____
                                        CHRISTOPHER J. CLARK
                                        Assistant United States Attorney
                                        Florida Bar No. 0588040
                                        99 N.E. 4th Street, Suite 600
                                        Miami, Florida 33132
                                        Telephone Number (305)961-9167
*Penalty Sheet(s) attached              Fax Number (305) 530-7976

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: JAVIER RODRIGUEZ

Case No. 98-0705-CR-GOLD

MAGISTRATE JUDGE GARBER

| Count I | CONSPIRACY TO EXPORT STOLEN VEHICLES |
| --- | --- |
| | 18 U.S.C. § 371 |

*Max Penalty: 5 YEARS IMPRISONMENT

| Counts II-VII, X-XIII | EXPORTATION OF STOLEN VEHICLES |
| --- | --- |
| | 18 U.S.C. § 553(a) |

*Max Penalty: 10 YEARS IMPRISONMENT

FILED BY SEP 17 PM 5 26 CLERK, U.S. DIST. CT. S.D. OF FLA.-MIAMI

Count

Max Penalty:

Count

*Max Penalty:

Count

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: OMAR HERNANDEZ

Case No. 98-0705 CR - GOLD

MAGISTRATE JUDGE

| Count I | CONSPIRACY TO EXPORT STOLEN VEHICLES | GARBER |
|---|---|---|
| | 18 U.S.C. § 371 | |

*Max Penalty: 5 YEARS IMPRISONMENT

| Counts II-X | EXPORTATION OF STOLEN VEHICLES |
|---|---|
| | 18 U.S.C. § 553(a) |

*Max Penalty: 10 YEARS IMPRISONMENT

Count

Max Penalty:

Count

*Max Penalty:

Count

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*PENALTY SHEET*

Defendant Name: GUSTAVO RODRIGUEZ

Case No.: 98-0705-CR-GOLD

MAGISTRATE JUDGE GARBER

| Count I | CONSPIRACY TO EXPORT STOLEN VEHICLES |
|---|---|
| | 18 U.S.C. § 371 |

*Max Penalty: 5 YEARS IMPRISONMENT

| Counts V, XIV, XV | EXPORTATION OF STOLEN VEHICLES |
|---|---|
| | 18 U.S.C. § 553(a) |

*Max Penalty: 10 YEARS IMPRISONMENT

Count

Max Penalty:

Count

*Max Penalty:

Count

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: IVAN MESA

Case No. 98-0705-CR-GOLD

MAGISTRATE JUDGE GARBER

| Count I | CONSPIRACY TO EXPORT STOLEN VEHICLES |
|---|---|
| | 18 U.S.C. § 371 |

*Max Penalty: 5 YEARS IMPRISONMENT

| Counts X-XIII,XVI | EXPORTATION OF STOLEN VEHICLES |
|---|---|
| | 18 U.S.C. § 553(a) |

*Max Penalty: 10 YEARS IMPRISONMENT

Count

Max Penalty:

Count

*Max Penalty:

Count

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: LAZARO BRESSELAU

Case No. 98-0705-CR-GOLD

MAGISTRATE JUDGE GARBER

| Count I | CONSPIRACY TO EXPORT STOLEN VEHICLES |
|---|---|
| | 18 U.S.C. § 371 |

*Max Penalty: 5 YEARS IMPRISONMENT

| Counts X-XIII, XVI | EXPORTATION OF STOLEN VEHICLES |
|---|---|
| | 18 U.S.C. § 553(a) |

*Max Penalty: 10 YEARS IMPRISONMENT

Count

Max Penalty:

Count

*Max Penalty:

Count

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.