FILED BY_____ D.C.

99 APR 23 AM 11: 43

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 98-705-CR-Gold

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAVIER RODRIGUEZ,

    Defendant.
_____/

## DEFENDANT, JAVIER RODRIGUEZ', MOTION FOR ENLARGEMENT OF TIME TO FILE EXCEPTIONS TO PSI AND MOTION FOR DOWNWARD DEPARTURE

COMES NOW the Defendant, Javier Rodriguez, by and through undersigned counsel, who moves this Honorable Court for an enlargement of time until April 29, 1999 in which to file his exceptions to the Presentence Investigation Report and to file a Motion for Downward Departure in the above matter, and as grounds therefor would show:

1. That the Defendant's Exceptions and Motion for Downward Departure are due to the filed on April 22, 1999. The Defendant's sentencing is currently scheduled for May 13, 1999.

2. That as of this time, counsel has been unable to formulate the exceptions to the PSI. Specifically, the Defendant, Javier Rodriguez resides in the Tampa area. He

works 6 days a week and had been unable to travel to Miami until this Monday, April 19th.

3. That in addition, undersigned counsel has been attempting to file numerous pleadings on other matters prior to her leaving town on Wednesday, April 21 through Saturday, April 24 for an out-of-state seminar.

4. That the exceptions that are to be raised in this case are brief. It is not anticipated that they shall involve a great deal of complexity. There may be an issue regarding relevant conduct. Additional time is needed to review the discovery in order to formulate said exception. As the Court may recall, this case involved the exportation of stolen heavy equipment and automobiles.

5. That in addition, undersigned counsel is in need of additional time in which to formulate a motion for a downward departure from the United States Sentencing Guidelines. Counsel has been working on the factual basis for this motion for quite some time. However, more time is needed in order to prepare the memorandum in support of same.

6. That undersigned counsel's office has spoken with Assistant US Attorney Stacey Levine who stated that she has no objection provided that the exceptions and Motion for Downward Departure are filed by April 29, 1999 and are faxed to her on that date.

WHEREFORE, based upon the foregoing, counsel would move this Honorable Court for an enlargement of time until April 29, 1999 in which to file the exceptions to the

PSI and the Motion for Downward Departure on the Defendant's behalf.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Stacey Levine, Assistant US Attorney, 99 NE 4 Street, Miami, FL 33132 and to Kaqtherin T. Koonce, US Probation Officer, 300 NE 1 Avenue, #364, Miami FL 33132 this ____21st____ day of April, 1999.

        Respectfully submitted,

        ANA M. JHONES
        Attorney at Law
        Bayside Plaza, Suite 625
        330 Biscayne Boulevard
        Miami, FL 33132
        Telephone: (305) 374-4919 Dade
                     (954) 537-5565 Broward
        Fax     : (305) 374-3414 Dade Fax
                    (954) 568-1870 Broward Fax

BY: _____
    FOR: Ana M. Jhones
    Florida Bar #771170