UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-705-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs

JAVIER RODRIGUEZ,

    Defendant.
_____/

**ORDER GRANTING MOTION**

FILED by ___ D.C.
NOV 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    This matter came before the Court pursuant to the Defendant's *pro se* motion for return of his passport. The Government has responded that the passport is maintained in Tampa, Florida by the Pretrial Services Department for the Middle District of Florida. Having reviewed the file, it is hereby

    **ORDERED AND ADJUDGED** that the *pro se* motion for return of his passport is **granted**. The Defendant's Cuban passport may be returned to him by U.S. Pretrial Services.

    **DONE AND ORDERED** at Miami, Florida this __15__ day of November, 2004.

                                                _____
                                                UNITED STATES DISTRICT JUDGE
                                                ALAN S. GOLD

cc:    AUSA Teresa J. Davenport

       Javier Rodriguez
       1705 Carnegie Cr.
       Tampa, Florida 33619

       U.S. Pretrial Services
       Attention: Claudia Rios
       500 Zack Street
       Federal Building
       Tampa, Florida 33602

